Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  22−18086−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franchot Persaud
   86 Howard St
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−4522

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 27, 2023.

Dated: April 27, 2023
JAN: zlh

                         Jeanne Naughton
                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Franchot Persaud  
    Debtor

Case No. 22-18086-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 27, 2023      Form ID: plncf13      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Franchot Persaud, 86 Howard St, Irvington, NJ 07111-3417 |
| 519734293 | | National Enterprice Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519734294 | + | New Jersey Anesthesia, PO Box 0037, Florham Park, NJ 07932-0037 |
| 519751626 | + | Pentagon Federal Credit Union, 131 West 33rd Street, Floor 8, New York, NY 10001-2908 |
| 519734296 | + | Platzer Swergold, 475 Park Ave South-18th fl, New York, NY 10016-6901 |
| 519734299 | + | Revenue Recovery Corp, 612 Gay St, Knoxville, TN 37902-1603 |
| 519734301 | | State of New Jersey, Department of Treasury, Divison o fTaxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519734302 | + | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 27 2023 20:42:37 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |
| 519734288 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2023 20:38:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 519734289 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 20:42:43 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 519875829 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 27 2023 20:38:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519734290 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 20:42:31 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519734291 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 20:42:43 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 519734295 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 27 2023 20:38:00 | NJ MOrtgage and Finance Agency, c/o Cenlar, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 519734906 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 27 2023 20:42:46 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519734297 | + | Email/Text: legal@pims-inc.com | Apr 27 2023 20:39:00 | Princeton Pathology Services, PMB 300 , Town Center Plaza, 319 Route 130 N Suite 4, Hightstown, NJ 08520-2735 |
| 519734298 | + | Email/Text: natalie.shelby@penfed.org | Apr 27 2023 20:39:00 | Progressive Credit Union, 131 W 33rd St #7, New York, NY 10001-2908 |
| 519734300 | + | Email/Text: bankruptcy@savit.com | | |

| | | | |
|---|---|---|---|
| | | Apr 27 2023 20:39:00 | Sa-Vit Enterprises, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 519734303 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 27 2023 20:38:00 | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519734292 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5142 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Jerome Witherspoon | on behalf of Debtor Franchot Persaud daveslaw321@gmail.com prissycatina@yahoo.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4