Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−18086−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franchot Persaud
   86 Howard St
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−4522

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       7/13/23
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David Jerome Witherspoon, Debtor's Attorney

COMMISSION OR FEES
$900.00

EXPENSES
$162.50

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: to allow for attorney fees.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 15, 2023
JAN: mff

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Franchot Persaud  
    Debtor

Case No. 22-18086-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 15, 2023      Form ID: 137      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Franchot Persaud, 86 Howard St, Irvington, NJ 07111-3417 |
| 519734292 | + | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5142 |
| 519734293 | | National Enterprice Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519734294 | + | New Jersey Anesthesia, PO Box 0037, Florham Park, NJ 07932-0037 |
| 519751626 | + | Pentagon Federal Credit Union, 131 West 33rd Street, Floor 8, New York, NY 10001-2908 |
| 519734296 | + | Platzer Swergold, 475 Park Ave South-18th fl, New York, NY 10016-6901 |
| 519734299 | + | Revenue Recovery Corp, 612 Gay St, Knoxville, TN 37902-1603 |
| 519734301 | | State of New Jersey, Department of Treasury, Divison o fTaxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519734302 | + | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2023 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2023 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2023 21:27:07 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |
| 519734288 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2023 21:11:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 519734289 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2023 21:15:50 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 519875829 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 15 2023 21:12:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519734290 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2023 21:15:40 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519734291 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2023 21:16:06 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 519734295 | + | Email/Text: BKelectronicnotices@cenlar.com | Jun 15 2023 21:12:00 | NJ MOrtgage and Finance Agency, c/o Cenlar, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 519734906 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2023 21:15:39 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519734297 | + | Email/Text: legal@pims-inc.com | Jun 15 2023 21:13:00 | Princeton Pathology Services, PMB 300 , Town Center Plaza, 319 Route 130 N Suite 4, Hightstown, NJ 08520-2735 |
| 519734298 | + | Email/Text: natalie.shelby@penfed.org | Jun 15 2023 21:13:00 | Progressive Credit Union, 131 W 33rd St #7, New York, NY 10001-2908 |
| 519734300 | + | Email/Text: bankruptcy@savit.com | Jun 15 2023 21:13:00 | Sa-Vit Enterprises, 46 W Ferris St, East Brunswick, NJ 08816-2159 |

| 519734303 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 15 2023 21:11:00 | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Jerome Witherspoon | on behalf of Debtor Franchot Persaud daveslaw321@gmail.com prissycatina@yahoo.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4