DAVID JEROME WITHERSPOON
LAW OFFICE OF DAVID WITHERSPOON
502 BAY BLVD.
SEASIDE HEIGHTS, NJ  08751

Re:  FRANCHOT PERSAUD
86 HOWARD ST
IRVINGTON, NJ 07111

Atty: DAVID JEROME WITHERSPOON
LAW OFFICE OF DAVID WITHERSPOON
502 BAY BLVD.
SEASIDE HEIGHTS, NJ  08751

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 22-18086

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $45,385.82**

### RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/07/2022 | $680.00 | 9106032432 | 01/19/2023 | $680.00 | 2218086-9106032580 |
| 01/19/2023 | $680.00 | 2218086-9106032631 | 02/08/2023 | $680.00 | 9106198008 |
| 03/09/2023 | $680.00 | 9106198093 | 04/12/2023 | $680.00 | 9106198206 |
| 05/10/2023 | $680.00 | 9106198302 | 06/21/2023 | $680.00 | 9106198426 |
| 07/18/2023 | $680.00 | 9106334813 | 08/15/2023 | $680.00 | 9106334894 |
| 09/12/2023 | $680.00 | 9106335007 | 10/11/2023 | $738.00 | 9106335112 |
| 12/11/2023 | $738.00 | 9106335243 | 12/12/2023 | $738.00 | 9106470516 |
| 01/16/2024 | $738.00 | 9106470648 | 02/16/2024 | $738.00 | 9106470758 |
| 03/19/2024 | $738.00 | 9106470863 | 04/18/2024 | $738.00 | 9106470978 |
| 05/15/2024 | $738.00 | 9106616471 | 06/11/2024 | $738.00 | 9106616568 |
| 07/17/2024 | $738.00 | 9106777179 | 08/14/2024 | $738.00 | 9106777296 |
| 09/23/2024 | $738.00 | 9106788196 | 10/11/2024 | $738.00 | 9106788280 |
| 11/19/2024 | $738.00 | 9106910153 | 12/23/2024 | $824.00 | 9106958831 |

**Total Receipts: $18,636.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $18,636.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | |
| | 08/14/2023 | $470.27 | 914,721 | 08/14/2023 | $80.23 | 914,721 |
| | 09/18/2023 | $543.14 | 916,216 | 09/18/2023 | $92.66 | 916,216 |
| | 10/16/2023 | $543.14 | 917,697 | 10/16/2023 | $92.66 | 917,697 |
| | 11/13/2023 | $110.17 | 919,141 | 11/13/2023 | $18.79 | 919,141 |
| | 01/08/2024 | $1,160.03 | 921,936 | 01/08/2024 | $197.89 | 921,936 |
| | 02/12/2024 | $580.01 | 923,291 | 02/12/2024 | $98.95 | 923,291 |
| | 03/11/2024 | $580.01 | 924,742 | 03/11/2024 | $98.95 | 924,742 |
| | 04/15/2024 | $580.01 | 926,179 | 04/15/2024 | $98.95 | 926,179 |
| | 05/10/2024 | $580.01 | 927,650 | 05/10/2024 | $98.95 | 927,650 |
| | 06/17/2024 | $580.01 | 929,053 | 06/17/2024 | $98.95 | 929,053 |

**Chapter 13 Case # 22-18086**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 07/15/2024 | $580.01 | 930,537 | | 07/15/2024 | $98.95 | 930,537 |
| | 08/19/2024 | $598.93 | 931,953 | | 08/19/2024 | $102.17 | 931,953 |
| | 09/16/2024 | $598.93 | 933,410 | | 09/16/2024 | $102.17 | 933,410 |
| | 10/21/2024 | $598.93 | 934,813 | | 10/21/2024 | $102.17 | 934,813 |
| | 11/18/2024 | $592.62 | 936,294 | | 11/18/2024 | $101.10 | 936,294 |
| | 12/16/2024 | $592.62 | 937,681 | | 12/16/2024 | $101.10 | 937,681 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,225.46 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,762.50 | 100.00% | 5,762.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BK OF AMER | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | DEBT RECOVERY SOLUTION | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CENLAR FSB | MORTGAGE ARRE | 30,417.77 | 100.00% | 9,950.52 | |
| 0007 | NATIONAL ENTERPRICE SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | NEW JERSEY ANESTHESIA | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRINCETON PATHOLOGY SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | PENTAGON FEDERAL CREDIT UNION | SECURED | 0.00 | 100.00% | 0.00 | |
| 0012 | REVENUE RECOVERY CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | SA-VIT ENTERPRISES | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | STATE OF NEW JERSEY | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TRIDENT ASSET MANAGEME | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | CENLAR FSB | (NEW) MTG Agree | 5,189.12 | 100.00% | 1,697.52 | |

**Total Paid: $18,636.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $18,636.00    -    Paid to Claims: $11,648.04    -    Admin Costs Paid: $6,987.96    =    Funds on Hand: $0.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.