Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  22–18086–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Franchot Persaud
86 Howard St
Irvington, NJ 07111

Social Security No.:
xxx–xx–4522

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/12/26 at 10:00 AM

to consider and act upon the following:

*62* – Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of New Jersey Housing And Mortgage Finance Agency. Objection deadline is 02/19/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*63* – Objection to certification of defautl (related document:62 Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of New Jersey Housing And Mortgage Finance Agency. Objection deadline is 02/19/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor New Jersey Housing And Mortgage Finance Agency) filed by David Jerome Witherspoon on behalf of Franchot Persaud. (Witherspoon, David)

Dated: 2/17/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court