Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−18086−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Franchot Persaud
86 Howard St
Irvington, NJ 07111

Social Security No.:
xxx−xx−4522

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/12/26 at 10:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of New Jersey Housing And Mortgage Finance Agency. Objection deadline is 02/19/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*63* − Objection to certification of defautl (related document:62 Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of New Jersey Housing And Mortgage Finance Agency. Objection deadline is 02/19/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor New Jersey Housing And Mortgage Finance Agency) filed by David Jerome Witherspoon on behalf of Franchot Persaud. (Witherspoon, David)

Dated: 2/17/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 22-18086-JKS

Franchot Persaud                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                    Page 1 of 1

Date Rcvd: Feb 17, 2026                          Form ID: ntchrgbk                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

**Recip ID            Recipient Name and Address**
db                   + Franchot Persaud, 86 Howard St, Irvington, NJ 07111-3417

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

David Jerome Witherspoon
                                  on behalf of Debtor Franchot Persaud daveslaw321@gmail.com  prissycatina@yahoo.com

Denise E. Carlon
                                  on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com
                                  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                                  magecf@magtrustee.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4