UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
New Jersey Housing and Mortgage Finance Agency

In Re:
Franchot Persaud
            DEBTOR,
Debre Ann Persaud
            Co-Debtor

Order Filed on April 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-18086 JKS

Chapter:  13

Hearing Date: 3/12/2026 @ 10:00 a.m.

Judge:  John K. Sherwood

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 2, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Franchot Persaud
Case No:  22-18086 JKS
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION
OF DEFAULT

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, New Jersey Housing and Mortgage Finance Agency, Matthew Fissel, Esq. appearing, upon a certification of default as to real property located at 86 Howard Street, Irvington, NJ, 07111, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and David Jerome Witherspoon, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 17, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2026 through March 2026 for a total post-petition default of $3,800.07 (3 @ $1,686.76 less suspense $1,260.21); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,800.07 will be paid by Debtor remitting $633.35 per month for five months and $633.32 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on April 1, 2026 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2026, directly to Secured Creditors servicer, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.