UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Witherspoon
Attorney At Law
500 Bay Blvd
Seaside Heights, NJ 08751
973-489-9005

**Order Filed on July 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Franchot Persaud

Case No.:  ___22-18086___

Chapter:  13

Judge:  John K Sherwood

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 10, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____David Witherspoon_____, the applicant, is allowed a fee of $ _____525_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____525_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2