UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David Witherspoon
Attorney At Law
500 Bay Blvd
Seaside Heights, NJ 08751
973-489-9005
Daveslaw321@gmail.com

**Order Filed on July 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In re:**

**Franchot Persaud**

**Case No.:   22-18086**

**Chapter:   13**

**Hearing Date:**

**Judge:  John K Sherwood**

## ORDER FOR DAVID WITHERSPOON TO WITHDRAW

## AS ATTORNEY OF RECORD

**DATED: July 10, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been opened to the Court upon motion by the debtor' attorney, and the Court having considered any responses or objections, and for good cause shown:

**IT IS on this day of _____ 2026**

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that David Witherspoon, Esq. is relieved as attorney of record for the Debtor in the above-captioned matter; and it is further

**ORDERED** that all future notices, pleadings, motions, applications, objections, orders, and other papers shall be served directly upon the Debtor until such time as substitute counsel files a Notice of Appearance; and it is further

**ORDERED** that the Debtor shall promptly obtain substitute counsel if the Debtor desires continued legal representation in this Chapter 13 proceeding; and it is further

**ORDERED** that nothing herein shall extend any deadlines, modify any obligations under the confirmed Chapter 13 Plan, excuse any payments due to the Chapter 13 Trustee, or affect any rights of creditors or parties in interest; and it is further

**ORDERED** that David Witherspoon, Esq. shall cooperate with any successor counsel and shall promptly provide the Debtor's file upon written request and authorization by the Debtor.