UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David Witherspoon
Attorney At Law
500 Bay Blvd
Seaside Heights, NJ 08751
973-489-9005
Daveslaw321@gmail.com

**In re:**

**Franchot Persaud**

Order Filed on July 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:   22-18086**

**Chapter:   13**

**Hearing Date:**

**Judge:  John K Sherwood**

## ORDER FOR DAVID WITHERSPOON TO WITHDRAW

## AS ATTORNEY OF RECORD

**DATED: July 10, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been opened to the Court upon motion by the debtor' attorney, and the Court having considered any responses or objections, and for good cause shown:

**IT IS on this day of _____ 2026**

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that David Witherspoon, Esq. is relieved as attorney of record for the Debtor in the above-captioned matter; and it is further

**ORDERED** that all future notices, pleadings, motions, applications, objections, orders, and other papers shall be served directly upon the Debtor until such time as substitute counsel files a Notice of Appearance; and it is further

**ORDERED** that the Debtor shall promptly obtain substitute counsel if the Debtor desires continued legal representation in this Chapter 13 proceeding; and it is further

**ORDERED** that nothing herein shall extend any deadlines, modify any obligations under the confirmed Chapter 13 Plan, excuse any payments due to the Chapter 13 Trustee, or affect any rights of creditors or parties in interest; and it is further

**ORDERED** that David Witherspoon, Esq. shall cooperate with any successor counsel and shall promptly provide the Debtor's file upon written request and authorization by the Debtor.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 22-18086-JKS

Franchot Persaud                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +  Franchot Persaud, 86 Howard St, Irvington, NJ 07111-3417

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Jerome Witherspoon | on behalf of Debtor Franchot Persaud daveslaw321@gmail.com  prissycatina@yahoo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4